

## COURT OF COMMON PLEAS
## WARREN COUNTY, OHIO

**JOSEPH PRELL**
5518 Anne Marie Drive
Morrow, OH 45152

    Plaintiff,

v.

**RUTH ELLEN COMSTOCK**
1551 E. Riddle Church Road
English, IN 47118

    **Please Serve Also:**
    Ruth Ellen Comstock
    4407 Mount Lebanon Road
    Charlestown, IN 47111-9004

and

**KATHIE DAULTON**
4407 Mount Lebanon Road
Charlestown, IN 47111

and

**GEICO SECURE INSURANCE COMPANY**
One GEICO Center
Macon, GA 31295-0001

    **Please Serve Also:**
    c/o Statutory Agent
    CT Corporation System
    4400 Easton Commons Way,
    Suite 125
    Columbus, OH 43219

    Defendants.

CASE NO. 24CV97721

Judge Tepe

**COMPLAINT AND JURY DEMAND**

Now comes Plaintiff, Joseph Prell ("Plaintiff"), by and through counsel, and for their claims against the Defendants, states as follows:

1

## FIRST CLAIM
## NEGLIGENCE

1. On or about May 31, 2023, Defendant, Ruth Ellen Comstock ("Defendant Comstock"), negligently, carelessly, and unlawfully operated a motor vehicle on Mason Montgomery Road, in Deerfield Township, Warren County, Ohio, in such a manner as to strike the vehicle operated by Plaintiff.

2. The conduct of Defendant Comstock, as alleged herein, was in violation of the laws of the State of Ohio.

3. As a direct and proximate result of the negligence of Defendant Comstock, Plaintiff suffered injuries, some of which are disabling and permanent in nature.

4. As a direct and proximate result of the negligence of Defendant Comstock, Plaintiff has incurred medical expenses, and will continue to incur medical expenses into the future, all in amounts to be proven at trial.

5. As a direct and proximate result of the negligence of Defendant Comstock, Plaintiff has endured great suffering of the body and mind, and will continue to suffer great pain of the body and mind in the future.

6. As a direct and proximate result of the negligence of Defendant Comstock, Plaintiff has incurred economic loss, including lost income, and such loss will continue into the future.

7. As a direct and proximate result of the negligence of Defendant Comstock, Plaintiff has suffered a loss of their ability to do their usual activities, and such loss will continue into the future.

## SECOND CLAIM
## NEGLIGENT ENTRUSTMENT

8. Plaintiff hereby incorporates all preceding paragraphs of the Complaint by reference as if fully rewritten herein.

9. At all times relevant herein, Defendant Comstock was permissively operating the

motor vehicle owned by Defendant Kathy Daulton ("Defendant Daulton").

10. Defendant Daulton knowingly and negligently allowed their motor vehicle to be operated by an incompetent driver, Defendant Comstock, and as a result, Plaintiff sustained serious injuries.

11. Defendant Daulton is legally liable for the injuries and damages sustained by Plaintiff as outlined in the **FIRST CLAIM**, pursuant to negligent entrustment.

## THIRD CLAIM
## DECLARATORY JUDGMENT ACTION

12. Plaintiff hereby incorporates all preceding paragraphs of the Complaint by reference as if fully rewritten herein.

13. Defendant, GEICO Secure Insurance Company ("Defendant GEICO"), provided uninsured/underinsured motorist and medical payments coverage to Plaintiff, pursuant to policy number 6128631485, at the time of the occurrence referred to herein. A complete, certified copy of the policy will be provided upon receipt.

14. Uninsured/underinsured motorist claims are asserted against Defendant GEICO for damages suffered by Plaintiff in excess of the liability insurance maintained by any and all Defendants, including, but not limited to, Defendant Comstock and Defendant Daulton

15. Plaintiff brings this declaratory judgment action pursuant to R.C. §2721.01 *et. seq.*, for the adjudication of all rights and liabilities under the contract of insurance with Defendant GEICO.

16. Plaintiff demands judgment against Defendant GEICO for all uninsured/underinsured motorist coverage and medical payments benefits available under the policy to which Plaintiff is entitled as a direct and proximate result of the occurrence referred to herein on May 31, 2023.

**WHEREFORE**, Plaintiff demands judgment against the Defendants, in an amount in excess of $25,000, along with their costs and fees herein, prejudgment interest pursuant to R.C.

§1343.03(a), and such further relief to which they may be reasonably entitled.

        Respectfully submitted,

        /s/ Alison De Villiers
        Alison De Villiers (#0079612)
        Taylor Dreigon (#0102211)
        BECKMAN WEIL SHEPARDSON LLC
        895 Central Avenue, Suite 300
        Cincinnati, OH 45202
        Telephone:   (513) 621-2100
        Facsimile:    (513) 621-0106
        adevilliers@beckman-weil.com
        tdreigon@beckman-weil.com

        *Attorneys for Plaintiffs*

## **JURY DEMAND**

Plaintiffs hereby demand a trial by jury on all issues in this matter.

        /s/ Alison De Villiers
        Alison De Villiers (#0079612)